**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

SHERYL MILLER,

    Plaintiff,

v.                                                                Case No. 21-12259

WILLIAM BEAUMONT HOSPITAL
Dba BEAUMONT HEALTH SYSTEM

    Defendant.
_____/

**ORDER REGARDING PENDING DISCOVERY ISSUES AND**
**TERMINATING PENDING MOTIONS AS MOOT**

    On November 29, 2022, the court held an in-chamber status conference to discuss the parties' remaining discovery disputes. The court hereby acknowledges the parties' acquiescence to the following resolutions suggested by the court:

1. The parties will proceed with the depositions of Plaintiff's supervisor, Defendant's Leave Specialist that managed Plaintiff's leave of absence, and Defendant's Human Resources representative that dealt with Plaintiff. After these depositions, Plaintiff may seek a 30(b)(6) deposition if she can specify what other relevant, nonduplicative information would be needed from a corporate representative.

2. Plaintiff will provide Defendants with a signed authorization for the release of her CVS employment records. However, Plaintiff need not produce unredacted tax records that contain her household earnings.

3. The parties will promptly meet and confer, in a good faith effort, to come up with an agreeable and less invasive alternative to deposition (e.g., a written request

for admissions), by which Plaintiff's husband can supply information regarding his acquisition of N95 masks from employer in March 2020.

IT IS ORDERED that "Plaintiff's Emergency Motion to Compel the Depositions of Defendant's Corporate Designee Pursuant to Rule 30(b)(6) and for Sanctions" (ECF No. 24), "Defendant's Motion to Compel Plaintiff's Complete Discovery Responses" (ECF No. 29); and "Plaintiff's Emergency Motion to Quash Subpoena and for Protective Order" (ECF No. 30) are TERMINATED AS MOOT.

IT IS FURTHER ORDERED that on **January 3, 2023 at 11:00 am, t**he parties shall appear for a telephonic conference to update the court on their progress and discuss extension of the discovery cutoff and other relevant deadlines.

> s/Robert H. Cleland
> ROBERT H. CLELAND
> UNITED STATES DISTRICT JUDGE

Dated: November 30, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 30, 2022, by electronic and/or ordinary mail.

> s/Lisa Wagner
> Case Manager and Deputy Clerk
> (810) 292-6522

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\21-12259.MILLER.DiscoveryIssues.NH.docx