IN THE UNITED STATES DISTRICTT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHERYL MILLER, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CIVIL ACTION NO. 3:21-cv-12259 |
| VS. | ) |
| | ) HON. GEORGE CARAM STEEH |
| WILLIAM BEAUMONT HOSPITAL | ) MAG. JUDGE ANTHONY P. PATTI |
| dba | ) |
| BEAUMONT HEALTH SYSTEM | ) |
| | ) |
| DEFENDANT. | |

## STIPULATED ORDER TO EXTEND RESPONSE DATE FOR PLAINTIFF TO RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The parties hereby agree and stipulate that Plaintiff's response to Defendant's Motion for Summary Judgment, currently due Monday June 12, 2023, shall now be due on Monday, June 26, 2023. A hearing on Defendant's Motion for Summary Judgment has not been set as of the date of this stipulation ensuring that this extension will not affect any current scheduling dates.

Further, the parties further agree and stipulate to extend the reply time of Defendant by a similar 14-day period to allow Defendant additional time to file its Reply to Plaintiff's Response, making Defendant's Reply Brief in further support of its Motion for Summary Judgment due by July 24, 2023.

Dated: June 12, 2023

Dated: June 12, 2023

| | |
|---|---|
| By:/s/ Austen J. Shearouse<br>Carla D. Aikens, P.L.C.<br>Carla D. Aikens (P69530)<br>Austen J. Shearouse (P84852)<br>Attorney for Plaintiff<br>615 Griswold, Ste. 709<br>Detroit, MI  48226<br>(844) 835-2993<br>carla@aikenslawfirm.com | By: /s/ Elyse K. Culberson<br>Jackson Lewis P.C.<br>Katherine J. Van Dyke (P62806)<br>Elyse K. Culberson (P82132)<br>2000 Town Center, Ste. 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>katherine.vandyke@jacksonlewis.com<br>elyse.culberson@jacksonlewis.com<br>Attorneys for Defendant |

IN THE UNITED STATES DISTRICTT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHERYL MILLER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO. 3:21-cv-12259 |
| VS. ) | |
| ) | HON. GEORGE CARAM STEEH |
| WILLIAM BEAUMONT HOSPITAL ) | MAG. JUDGE ANTHONY P. PATTI |
| d/b/a BEAUMONT HEALTH ) | |
| SYSTEM ) | |
| ) | |
| DEFENDANT. | |

THIS MATTER having come before the Court upon the stipulation between the parties' through their respective counsel; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the time for Plaintiff to file its Response to Defendant's Motion for Summary Judgment is extended by 14 days, from June 12, 2023, to June 26, 2023.

IT IS FURTHER ORDERED that the reply time of Defendant be extended by a similar 14-day period, and Defendant's Reply Brief in further support of its Motion for Summary Judgment shall filed by July 24, 2023.

**IT IS SO ORDERED**.

Dated: June 12, 2023                    s/George Caram Steeh
                                                          GEORGE CARAM STEEH
                                                          U.S. DISTRICT JUDGE