EXHIBIT C

1     IN THE UNITED STATES DISTRICT COURT FOR THE

2          EASTERN DISTRICT OF MICHIGAN

3               SOUTHERN DIVISION

4  _____

5  SHERYL MILLER,

6          Plaintiff,

7     v.                          Civil Action No.

8  WILLIAM BEAUMONT HOSPITAL dba        3:21-cv-12259

9  BEAUMONT HEALTH SYSTEM,

10          Defendant.

11  _____

12          VIDEOCONFERENCE DEPOSITION OF

13               SHAUNA WILLETTE

14  DATE:          Tuesday, April 11, 2023

15  TIME:          9:05 a.m.

16  LOCATION:      Remote Proceeding

17                 Sault Saint Marie, MI 49783

18  REPORTED BY:   Priscilla Gibbs, Notary Public

19  JOB NO.:       5866431

20

21

22

23

24

25

                                        Page 1

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF SHERYL MILLER:
 3        AUSTEN J. SHEAROUSE, ESQUIRE (by videoconference)
 4        Carla D Aikens, P.L.C.
 5        615 Griswold, Suite 709
 6        Detroit, MI 48226
 7        austen@aikenslawfirm.com
 8        (469)999-6577
 9
10   ON BEHALF OF DEFENDANT WILLIAM BEAUMONT HOSPITAL dba
11   BEAUMONT HEALTH SYSTEM:
12        ELYSE K. CULBERSON, ESQUIRE (by videoconference)
13        Jackson Lewis PC
14        2000 Town Center, Suite 1650
15        Southfield, MI 48075-1146
16        elyse.culberson@jacksonlewis.com
17        (248)936-1900
18
19   ALSO PRESENT:
20        Jennifer Zinn, In-House Counsel (by
21        videoconference)
22        Roseanna Von Linsowe, Corporate Representative
23        for Beaumont (by videoconference)
24
25
```

Page  2

Sean Williams
April 11, 2023

```
 1                      I N D E X

 2    EXAMINATION:                              PAGE

 3          By Mr. Shearouse                    5

 4

 5                   E X H I B I T S

 6    NO.              DESCRIPTION              PAGE

 7                   (None marked.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page  3
```

April 11, 2023

```
 1                   P R O C E E D I N G S
 2                   THE REPORTER:  Good morning.  My name
 3    is Priscilla Gibbs; I am the reporter assigned by
 4    Veritext to take the record of this proceeding.  We
 5    are now on the record at 9:05 a.m.
 6                   This is the deposition of Shauna
 7    Willette taken in the matter of Sheryl Miller vs.
 8    William Beaumont Hospital doing business as Beaumont
 9    Health Systems on Tuesday, April 11, 2023, via Zoom.
10                   I am a notary authorized to take
11    acknowledgments and administer oaths in Michigan.
12    Parties agree that I will swear in the witness
13    remotely.
14                   Additionally, absent an objection on
15    the record before the witness is sworn, all parties
16    and the witness understand and agree that any
17    certified transcript produced from the recording of
18    this proceeding:
19                        - is intended for all uses permitted
20                          under applicable procedural and
21                          evidentiary rules and laws in the same
22                          manner as a deposition recorded by
23                          stenographic means; and
24                        - shall constitute written stipulation
25                          of such.
```

Page  4

1          At this time will everyone in

2     attendance please identify yourself for the record.

3               MR. SHEAROUSE:  Austen Shearouse on

4     behalf of the plaintiff.

5               MS. CULBERSON:  Elyse Culberson on

6     behalf of the defendant.  And also with me today is

7     Jennifer Zinn who is defendant's in-house counsel as

8     well as Roseanna Von Linsowe who is the corporate

9     representative for defendant.

10              MS. WILLETTE:  Shauna Willette,

11    witness.

12              THE REPORTER:  Thank you.  Hearing no

13    objections, I will now swear in the witness.  Please

14    raise your right hand to be sworn.

15    WHEREUPON,

16                   SHAUNA WILLETTE,

17    called as a witness, and having been first duly sworn

18    to tell the truth, the whole truth, and nothing but

19    the truth, was examined and testified as follows:

20              THE REPORTER:  Thank you.

21                   EXAMINATION

22    BY MR. SHEAROUSE:

23       Q    Good morning.  My name is Austen Shearouse,

24    and I represent Sheryl Miller in this cause of action.

25    Just a couple quick questions before we get started.

Page 5

1    Have you ever had your deposition taken before?

2        A    No.

3        Q    Okay.  So just a couple more things to add

4    on to what the court reporter kind of went over,

5    especially with it being Zoom.  Make sure to give a

6    couple of seconds after myself or Elyse asks a

7    question.  That way we ensure that the digital lag

8    doesn't override each other with your answer.  And I'm

9    going to try to do the same with your answer.  I know

10   we will probably end up cutting one another off at

11   some point, but I'm going to do our best.

12           Make sure that any answer you give is

13   verbal.  So I know sometimes we have a tendency to nod

14   our head or be expressive with our hands and point or

15   use, "mm-hmms," like nonverbal answers.  So just make

16   sure everything is verbal.  It makes it easier for the

17   court reporter.

18           If at any point in time you need to take a

19   break for any reason, I'm happy to do that.  This is

20   not a sprint.  It's not an endurance test.  So if you

21   need a break, all I ask is that if myself or Elyse has

22   posed a question, you answer that question and then we

23   can take that break.  Does that sound fair?

24       A    Yes.  Thank you.

25       Q    And the last thing is if at any point in

Page  6

Shauna Willette
April 11, 2023

```
1   time you don't understand any question I ask, please
2   ask me to rephrase or restate it.  But if you answer a
3   question, I'm going to assume that you understood what
4   I asked.  And obviously, I only want to know what you
5   what you, yourself, can remember or attest to.  So if
6   you can't remember, "I don't know" is a completely
7   acceptable answer.
8        A    Thank you.
9        Q    Okay.  Can you state your full name for the
10  record, please?
11       A    Shauna Suzanne Willette.
12       Q    And what is your date of birth?
13       A    9/29/67.
14       Q    And are you currently employed?
15       A    Yes.
16       Q    Where are you employed at?
17       A    MyMichigan Health.  And Community Health
18  Services.
19       Q    And what is your current address?
20       A    314 Maple Street, Apartment 4, Sault Saint
21  Marie, Michigan 49783.
22       Q    And you said that you're working at
23  MyMichigan Health and Community Health Services.  Are
24  those two separate organizations?
25       A    Yes.  They are.
```

Page 7

April 11, 2023

1       Q       What is your role at MyMichigan Health?

2       A       Insurance verification specialist.

3       Q       And what about at Community Health Services?

4       A       Same title, insurance verification

5    specialist.

6       Q       And what are the responsibilities of an

7    insurance verification specialist?

8       A       Verify insurance for inpatient and

9    outpatient services for patients for the hospitals.

10      Q       Okay.  And when did you start in these

11   roles?

12      A       September 1st of 2021 for MyMichigan Health.

13   And August 8th of 2022 for Community Health Services.

14      Q       So prior to these jobs were you employed?

15      A       Yes.

16      Q       Where were you working at prior to these

17   jobs?

18      A       For -- it's called a -- it's a company

19   called R1 RCM.  It's a revenue cycle company that does

20   the revenue cycle for Ascension Health in the Detroit

21   area.

22      Q       And do you know when you started in that

23   role?

24      A       July of 2020.

25      Q       And when did you stop working in that role?

                                        Page  8

April 11, 2023

1        A     September of 2021.

2        Q     And then prior to the RCM revenue position,

3    where did you work?

4        A     That's when I worked for Beaumont Trenton.

5        Q     And when did you start with Beaumont

6    Trenton?

7        A     January of 2020.

8        Q     And when was the last day you worked for

9    Beaumont Trenton?

10       A     Sometime in July of 2020.

11       Q     And during that roughly six to seven month

12   tenure, what was your position with Beaumont?

13       A     Patient access supervisor.

14       Q     And can you describe a little bit about what

15   the role of a patient access supervisor is?

16       A     We supervise the registration department for

17   the emergency room and any outpatient services on the

18   Breast Care Center, did their schedules, carried the

19   pagers for if they called in or if there were any

20   issues.  We alternated every other week, worked any

21   denials, helped with any issues, worked with the

22   Union.

23       Q     And was there a particular reason that you

24   left Beaumont in July of 2020?

25       A     COVID hit, and I did not see a future at

Page 9

April 11, 2023

```
 1    Beaumont.
 2         Q     Was there any reason why you didn't see a
 3    future at Beaumont?
 4         A     I didn't think that at the time there would
 5    be a need for two supervisors.  One could have handled
 6    it.  And I did not care for my position.
 7         Q     And when you say you did not care for your
 8    position, could you elaborate on that a little bit?
 9         A     It was a toxic position.
10         Q     What was --
11         A     I did not get along with the other
12    supervisor.  Our personality clashed.
13         Q     Who was the other supervisor?
14         A     Roseanna.
15         Q     And when you say it was a toxic environment,
16    what are some -- give me some examples of what made it
17    toxic.
18         A     I was just not -- I didn't feel that I was
19    included on the decision making.  I was told from the
20    get go that being the newbie, I should sit back and
21    watch and not really make any decisions.  And it just
22    -- there was a few occasions where we just -- we just
23    -- our personalities clashed.
24         Q     Did you ever have any arguments with
25    Roseanna?
```

Page 10

```
 1        A     Yes.
 2        Q     What were those arguments concerning?
 3        A     I don't recall.  There was a few of them,
 4   and I just -- I don't recall.
 5        Q     Okay.  But you had at least more than one
 6   argument with Roseanna at that time?
 7        A     Yes.
 8        Q     Did you ever witness Roseanna having
 9   arguments with anyone else?
10        A     I don't recall.
11        Q     Did anyone ever come and complain to you
12   about Roseanna during your time at Beaumont?
13        A     I'm sure they did, but I don't recall
14   specifics.
15        Q     Okay.  And so that was one of the reasons
16   that led to you leaving Beaumont in July of 2020?
17        A     Yes.
18        Q     Okay.  And you said that during your tenure,
19   you were the supervisor for the Breast Care Center; is
20   that correct?
21        A     It was part of our responsibilities, yes.
22   Just the registration person up there.
23        Q     And during your time there, do you know who
24   was the registration person in January of 2020 for the
25   Breast Care Center?
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

April 11, 2023

```
 1        A    So Sheryl was up there when I got there, but
 2   then COVID hit and the breast center closed, so nobody
 3   was up there.
 4        Q    Do you know if the Breast Care Center was
 5   ever reopened?
 6        A    I'm sure it did.  I can't recall specifics.
 7   I'm sure it did before I left, but it was a very short
 8   window, I would have to say.
 9        Q    Do you remember if Sheryl resumed working at
10   the Breast Care Center when it reopened?
11        A    She was still off on a medical leave, I do
12   believe.  So I don't believe she did.  She was out on
13   medical.
14        Q    Were you still working at Beaumont when
15   Ms. Miller returned from medical leave?
16        A    I don't remember her coming back.  I think
17   when she came back, it was right around the time I was
18   on my way out.
19        Q    Okay.  And then around March of 2020 was
20   when the COVID pandemic kind of went into full swing,
21   correct?
22        A    Yes.
23        Q    And did that have an effect on the operation
24   of the Breast Care Center and the other areas that you
25   managed?
```

Page 12

```
 1        A    Yes.  I mean, the Breast Care Center, I mean
 2   it -- they weren't doing outpatient, so it shut down.
 3   Surgery center shut down.
 4        Q    And with COVID, were employees required to
 5   wear the -- involved in registration required to wear
 6   additional safety protection?
 7        A    They did have masks, yes.
 8        Q    Was Beaumont supplying those masks?
 9        A    Yes.
10        Q    And so when you say masks, was Beaumont
11   supplying N95 mask or surgical?
12        A    Surgical masks.
13        Q    Was there a particular reason why N95s
14   weren't being supplied?
15        A    PPE shortage.
16        Q    And so Beaumont needed to reserve those
17   masks for nurses and doctors?
18        A    Yes.
19        Q    Was there anything in a Beaumont policy that
20   stated someone couldn't bring their own N95 masks from
21   home and use them?
22        A    Not that I recall.
23        Q    Do you recall any meeting stating something
24   to that similar effect?
25        A    No, I don't recall.
```

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

April 11, 2023

1      Q    So as you sit here today, your understanding

2  would be that if someone had their own supply during

3  that time of N95 masks, they could have brought and

4  used them?

5      A    I would imagine so.  I would not have

6  stopped them.

7      Q    And you stated earlier that some other

8  employees might have complained to you about

9  Roseanne's behavior, but you can't really recall any

10 specifics?

11     A    Exactly, yes.

12               MR. SHEAROUSE:  Okay.  I don't think I

13 have anything further at this time.  Elyse, if you

14 have follow ups?

15               MS. CULBERSON:  Can I just take a quick

16 five?

17               MR. SHEAROUSE:  Yeah.  For sure.

18               MS. CULBERSON:  Okay.  Thanks.  We'll

19 be back at 9:25.

20               MR. SHEAROUSE:  All right.

21               THE REPORTER:  We're off the record at

22 9:20 a.m. for a break.

23               (Off the record.)

24               THE REPORTER:  We're back on the

25 record.  It is now 9:26 a.m.

Atkinson-Baker, A Veritext Company
(818) 551-7300              www.veritext.com

April 11, 2023

```
 1                    MS. CULBERSON:  Okay.  For the record,
 2     I have no questions.
 3                    MR. SHEAROUSE:  Nothing further.  Thank
 4     you for your time, Shauna.
 5                    THE WITNESS:  Thank you.
 6                    MS. CULBERSON:  Thanks, Shauna.  Have a
 7     good one.
 8                    THE WITNESS:  You, too.
 9                    THE REPORTER:  Do we have any orders
10     for this witness?
11                    MS. CULBERSON:  Okay.  We have the same
12     link for the whole day, right?
13                    MR. SHEAROUSE:  Yes.  It's the same
14     link for the whole day.
15                    MS. CULBERSON:  Perfect.
16                    THE REPORTER:  Do we have any orders
17     for this witness?
18                    MS. CULBERSON:  Oh, we can't hear you.
19     I'm sorry.  I'll take a transcript as well.
20                    THE REPORTER:  A transcript?
21                    MS. CULBERSON:  Yes.  E-trans is fine.
22                    THE REPORTER:  E-trans.  Thanks, Elyse.
23     Anyone else?
24                    MR. SHEAROUSE:  Yeah.  Just e-trans for
25     plaintiff as well, and that'll be all.
```

Page 15

1                    THE REPORTER:  All right.

2                    MR. SHEAROUSE:  We'll see you guys in

3    about an hour.

4                    THE REPORTER:  Thank you.  We're off

5    the record, 9:27 a.m.

6                    (Whereupon, at 9:27 a.m., the

7                    proceeding was concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 16

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2              I, PRISCILLA GIBBS, the officer before whom
 3    the foregoing proceedings were taken, do hereby
 4    certify that any witness(es) in the foregoing
 5    proceedings, prior to testifying, were duly sworn;
 6    that the proceedings were recorded by me and
 7    thereafter reduced to typewriting by a qualified
 8    transcriptionist; that said digital audio recording of
 9    said proceedings are a true and accurate record to the
10    best of my knowledge, skills, and ability; that I am
11    neither counsel for, related to, nor employed by any
12    of the parties to the action in which this was taken;
13    and, further, that I am not a relative or employee of
14    any counsel or attorney employed by the parties
15    hereto, nor financially or otherwise interested in the
16    outcome of this action.
17                                    _____
                                      PRISCILLA GIBBS
18                                    Notary Public in and for the
19                                    State of Michigan
20
21
22
23
24
25
                                              Page 17
```

1          CERTIFICATE OF TRANSCRIBER

2              I, ANDEE WILCOX, do hereby certify that this

3      transcript was prepared from the digital audio

4      recording of the foregoing proceeding, that said

5      transcript is a true and accurate record of the

6      proceedings to the best of my knowledge, skills, and

7      ability; that I am neither counsel for, related to,

8      nor employed by any of the parties to the action in

9      which this was taken; and, further, that I am not a

10     relative or employee of any counsel or attorney

11     employed by the parties hereto, nor financially or

12     otherwise interested in the outcome of this action.

13

14                                          *Andee Wilcox*

15                                          ANDEE WILCOX

16

17

18

19

20

21

22

23

24

25

                                            Page 18

**[11 - business]**

| 1 | 6 | additional 13:6 | austen 2:3,7 |
|---|---|---|---|
| **11** 1:14 4:9 | **615** 2:5 | additionally 4:14 | 5:3,23 |
| **12259** 1:8 | **7** | address 7:19 | authorized 4:10 |
| **1650** 2:14 | **709** 2:5 | administer 4:11 | **b** |
| **1st** 8:12 | **8** | agree 4:12,16 | **b** 3:5 |
| **2** | **8th** 8:13 | aikens 2:4 | back 10:20 |
| **2000** 2:14 | **9** | aikenslawfir... 2:7 | 12:16,17 14:19 |
| **2020** 8:24 9:7 | **9/29/67** 7:13 | alternated 9:20 | 14:24 |
| 9:10,24 11:16 | **936-1900** 2:17 | andee 18:2,15 | beaumont 1:8,9 |
| 11:24 12:19 | **999-6577** 2:8 | answer 6:8,9 | 2:10,11,23 4:8 |
| **2021** 8:12 9:1 | **9:05** 1:15 4:5 | 6:12,22 7:2,7 | 4:8 9:4,5,9,12 |
| **2022** 8:13 | **9:20** 14:22 | answers 6:15 | 9:24 10:1,3 |
| **2023** 1:14 4:9 | **9:25** 14:19 | apartment 7:20 | 11:12,16 12:14 |
| **248** 2:17 | **9:26** 14:25 | applicable 4:20 | 13:8,10,16,19 |
| **26869** 18:14 | **9:27** 16:5,6 | april 1:14 4:9 | behalf 2:2,10 |
| **28731** 17:17 | **a** | area 8:21 | 5:4,6 |
| **3** | **a.m.** 1:15 4:5 | areas 12:24 | behavior 14:9 |
| **314** 7:20 | 14:22,25 16:5 | argument 11:6 | believe 12:12 |
| **3:21** 1:8 | 16:6 | arguments | 12:12 |
| **4** | ability 17:10 | 10:24 11:2,9 | best 6:11 17:10 |
| **4** 7:20 | 18:7 | ascension 8:20 | 18:6 |
| **469** 2:8 | absent 4:14 | asked 7:4 | birth 7:12 |
| **48075-1146** | acceptable 7:7 | asks 6:6 | bit 9:14 10:8 |
| 2:15 | access 9:13,15 | assigned 4:3 | break 6:19,21 |
| **48226** 2:6 | accurate 17:9 | assume 7:3 | 6:23 14:22 |
| **49783** 1:17 | 18:5 | attendance 5:2 | breast 9:18 |
| 7:21 | acknowledg... | attest 7:5 | 11:19,25 12:2 |
| **5** | 4:11 | attorney 17:14 | 12:4,10,24 |
| **5** 3:3 | action 1:7 5:24 | 18:10 | 13:1 |
| **5866431** 1:19 | 17:12,16 18:8 | audio 17:8 18:3 | bring 13:20 |
| | 18:12 | august 8:13 | brought 14:3 |
| | add 6:3 | | business 4:8 |

**[c - foregoing]**

**c**

**c**  2:1 4:1
**called**  5:17 8:18
  8:19 9:19
**care**  9:18 10:6
  10:7 11:19,25
  12:4,10,24
  13:1
**carla**  2:4
**carried**  9:18
**cause**  5:24
**center**  2:14
  9:18 11:19,25
  12:2,4,10,24
  13:1,3
**certificate**  17:1
  18:1
**certified**  4:17
**certify**  17:4
  18:2
**civil**  1:7
**clashed**  10:12
  10:23
**closed**  12:2
**come**  11:11
**coming**  12:16
**community**
  7:17,23 8:3,13
**company**  8:18
  8:19
**complain**  11:11
**complained**
  14:8
**completely**  7:6

**concerning**
  11:2
**concluded**  16:7
**constitute**  4:24
**corporate**  2:22
  5:8
**correct**  11:20
  12:21
**counsel**  2:20
  5:7 17:11,14
  18:7,10
**couple**  5:25 6:3
  6:6
**court**  1:1 6:4
  6:17
**covid**  9:25 12:2
  12:20 13:4
**culberson**  2:12
  5:5,5 14:15,18
  15:1,6,11,15,18
  15:21
**current**  7:19
**currently**  7:14
**cutting**  6:10
**cv**  1:8
**cycle**  8:19,20

**d**

**d**  2:4 3:1 4:1
**date**  1:14 7:12
**day**  9:8 15:12
  15:14
**dba**  1:8 2:10
**decision**  10:19
**decisions**  10:21

**defendant**  1:10
  2:10 5:6,9
**defendant's**  5:7
**denials**  9:21
**department**
  9:16
**deposition**  1:12
  4:6,22 6:1 17:1
**describe**  9:14
**description**  3:6
**detroit**  2:6 8:20
**digital**  6:7 17:8
  18:3
**district**  1:1,2
**division**  1:3
**doctors**  13:17
**doing**  4:8 13:2
**duly**  5:17 17:5

**e**

**e**  2:1,1 3:1,5 4:1
  4:1 15:21,22
  15:24
**earlier**  14:7
**easier**  6:16
**eastern**  1:2
**effect**  12:23
  13:24
**elaborate**  10:8
**elyse**  2:12 5:5
  6:6,21 14:13
  15:22
**elyse.culberson**
  2:16
**emergency**
  9:17

**employed**  7:14
  7:16 8:14
  17:11,14 18:8
  18:11
**employee**  17:13
  18:10
**employees**  13:4
  14:8
**endurance**  6:20
**ensure**  6:7
**environment**
  10:15
**es**  17:4
**especially**  6:5
**esquire**  2:3,12
**evidentiary**
  4:21
**exactly**  14:11
**examination**
  3:2 5:21
**examined**  5:19
**examples**  10:16
**expressive**  6:14

**f**

**fair**  6:23
**feel**  10:18
**financially**
  17:15 18:11
**fine**  15:21
**first**  5:17
**five**  14:16
**follow**  14:14
**follows**  5:19
**foregoing**  17:3
  17:4 18:4

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**[full - needed]**

| | | | |
|---|---|---|---|
| **full** 7:9 12:20 | **hereto** 17:15 | **july** 8:24 9:10 | **marie** 1:17 7:21 |
| **further** 14:13 | 18:11 | 9:24 11:16 | **marked** 3:7 |
| 15:3 17:13 | **hit** 9:25 12:2 | **k** | **mask** 13:11 |
| 18:9 | **hmms** 6:15 | | **masks** 13:7,8 |
| **future** 9:25 | **home** 13:21 | **k** 2:12 | 13:10,12,17,20 |
| 10:3 | **hospital** 1:8 | **kind** 6:4 12:20 | 14:3 |
| **g** | 2:10 4:8 | **know** 6:9,13 | **matter** 4:7 |
| | **hospitals** 8:9 | 7:4,6 8:22 | **mean** 13:1,1 |
| **g** 4:1 | **hour** 16:3 | 11:23 12:4 | **means** 4:23 |
| **gibbs** 1:18 4:3 | **house** 2:20 5:7 | **knowledge** | **medical** 12:11 |
| 17:2,17 | **i** | 17:10 18:6 | 12:13,15 |
| **give** 6:5,12 | | **l** | **meeting** 13:23 |
| 10:16 | **identify** 5:2 | | **mi** 1:17 2:6,15 |
| **go** 10:20 | **imagine** 14:5 | **lag** 6:7 | **michigan** 1:2 |
| **going** 6:9,11 | **included** 10:19 | **laws** 4:21 | 4:11 7:21 |
| 7:3 | **inpatient** 8:8 | **leave** 12:11,15 | 17:19 |
| **good** 4:2 5:23 | **insurance** 8:2,4 | **leaving** 11:16 | **miller** 1:5 2:2 |
| 15:7 | 8:7,8 | **led** 11:16 | 4:7 5:24 12:15 |
| **griswold** 2:5 | **intended** 4:19 | **left** 9:24 12:7 | **mm** 6:15 |
| **guys** 16:2 | **interested** | **lewis** 2:13 | **month** 9:11 |
| **h** | 17:15 18:12 | **link** 15:12,14 | **morning** 4:2 |
| | **involved** 13:5 | **linsowe** 2:22 | 5:23 |
| **h** 3:5 | **issues** 9:20,21 | 5:8 | **mymichigan** |
| **hand** 5:14 | **j** | **little** 9:14 10:8 | 7:17,23 8:1,12 |
| **handled** 10:5 | | **location** 1:16 | **n** |
| **hands** 6:14 | **j** 2:3 | **m** | |
| **happy** 6:19 | **jackson** 2:13 | | **n** 2:1 3:1 4:1 |
| **head** 6:14 | **jacksonlewis....** | **made** 10:16 | **n95** 13:11,20 |
| **health** 1:9 2:11 | 2:16 | **make** 6:5,12,15 | 14:3 |
| 4:9 7:17,17,23 | **january** 9:7 | 10:21 | **n95s** 13:13 |
| 7:23 8:1,3,12 | 11:24 | **makes** 6:16 | **name** 4:2 5:23 |
| 8:13,20 | **jennifer** 2:20 | **making** 10:19 | 7:9 |
| **hear** 15:18 | 5:7 | **managed** 12:25 | **need** 6:18,21 |
| **hearing** 5:12 | **job** 1:19 | **manner** 4:22 | 10:5 |
| **helped** 9:21 | **jobs** 8:14,17 | **maple** 7:20 | **needed** 13:16 |
| | | **march** 12:19 | |

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**[neither - reporter]**

| neither 17:11 | p | ppe 13:15 | reason 6:19 |
|---|---|---|---|

neither  17:11
  18:7
newbie  10:20
nod  6:13
nonverbal  6:15
notary  1:18
  4:10 17:18
nurses  13:17

**o**

o  4:1
oaths  4:11
objection  4:14
objections  5:13
obviously  7:4
occasions  10:22
officer  17:1,2
oh  15:18
okay  6:3 7:9
  8:10 11:5,15
  11:18 12:19
  14:12,18 15:1
  15:11
operation
  12:23
orders  15:9,16
organizations
  7:24
outcome  17:16
  18:12
outpatient  8:9
  9:17 13:2
override  6:8
own  13:20 14:2

**p**

p  2:1,1 4:1
p.l.c.  2:4
page  3:2,6
pagers  9:19
pandemic
  12:20
part  11:21
particular  9:23
  13:13
parties  4:12,15
  17:12,14 18:8
  18:11
patient  9:13,15
patients  8:9
pc  2:13
perfect  15:15
permitted  4:19
person  11:22
  11:24
personalities
  10:23
personality
  10:12
plaintiff  1:6 2:2
  5:4 15:25
please  5:2,13
  7:1,10
point  6:11,14
  6:18,25
policy  13:19
posed  6:22
position  9:2,12
  10:6,8,9

ppe  13:15
prepared  18:3
present  2:19
prior  8:14,16
  9:2 17:5
priscilla  1:18
  4:3 17:2,17
probably  6:10
procedural
  4:20
proceeding
  1:16 4:4,18
  16:7 18:4
proceedings
  17:3,5,6,9 18:6
produced  4:17
protection  13:6
public  1:18
  17:18

**q**

qualified  17:7
question  6:7,22
  6:22 7:1,3
questions  5:25
  15:2
quick  5:25
  14:15

**r**

r  2:1 4:1
r1  8:19
raise  5:14
rcm  8:19 9:2
really  10:21
  14:9

reason  6:19
  9:23 10:2
  13:13
reasons  11:15
recall  11:3,4,10
  11:13 12:6
  13:22,23,25
  14:9
record  4:4,5,15
  5:2 7:10 14:21
  14:23,25 15:1
  16:5 17:9 18:5
recorded  4:22
  17:6
recording  4:17
  17:8 18:4
reduced  17:7
registration
  9:16 11:22,24
  13:5
related  17:11
  18:7
relative  17:13
  18:10
remember  7:5
  7:6 12:9,16
remote  1:16
remotely  4:13
reopened  12:5
  12:10
rephrase  7:2
reported  1:18
reporter  4:2,3
  5:12,20 6:4,17
  14:21,24 15:9

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**[reporter - time]**

15:16,20,22
16:1,4
**represent** 5:24
**representative**
2:22 5:9
**required** 13:4,5
**reserve** 13:16
**responsibilities**
8:6 11:21
**restate** 7:2
**resumed** 12:9
**returned** 12:15
**revenue** 8:19
8:20 9:2
**right** 5:14
12:17 14:20
15:12 16:1
**role** 8:1,23,25
9:15
**roles** 8:11
**room** 9:17
**roseanna** 2:22
5:8 10:14,25
11:6,8,12
**roseanne's** 14:9
**roughly** 9:11
**rules** 4:21

**s**

**s** 2:1 3:5 4:1
**safety** 13:6
**saint** 1:17 7:20
**sault** 1:17 7:20
**schedules** 9:18
**seconds** 6:6

**see** 9:25 10:2
16:2
**separate** 7:24
**september** 8:12
9:1
**services** 7:18
7:23 8:3,9,13
9:17
**seven** 9:11
**shauna** 1:13
4:6 5:10,16
7:11 15:4,6
**shearouse** 2:3
3:3 5:3,3,22,23
14:12,17,20
15:3,13,24
16:2
**sheryl** 1:5 2:2
4:7 5:24 12:1,9
**short** 12:7
**shortage** 13:15
**shut** 13:2,3
**signature** 17:17
18:14
**similar** 13:24
**sit** 10:20 14:1
**six** 9:11
**skills** 17:10
18:6
**sorry** 15:19
**sound** 6:23
**southern** 1:3
**southfield** 2:15
**specialist** 8:2,5
8:7

**specifics** 11:14
12:6 14:10
**sprint** 6:20
**start** 8:10 9:5
**started** 5:25
8:22
**state** 7:9 17:19
**stated** 13:20
14:7
**states** 1:1
**stating** 13:23
**stenographic**
4:23
**stipulation**
4:24
**stop** 8:25
**stopped** 14:6
**street** 7:20
**suite** 2:5,14
**supervise** 9:16
**supervisor** 9:13
9:15 10:12,13
11:19
**supervisors**
10:5
**supplied** 13:14
**supply** 14:2
**supplying** 13:8
13:11
**sure** 6:5,12,16
11:13 12:6,7
14:17
**surgery** 13:3
**surgical** 13:11
13:12

**suzanne** 7:11
**swear** 4:12
5:13
**swing** 12:20
**sworn** 4:15
5:14,17 17:5
**system** 1:9 2:11
**systems** 4:9

**t**

**t** 3:5
**take** 4:4,10
6:18,23 14:15
15:19
**taken** 4:7 6:1
17:3,12 18:9
**tell** 5:18
**tendency** 6:13
**tenure** 9:12
11:18
**test** 6:20
**testified** 5:19
**testifying** 17:5
**thank** 5:12,20
6:24 7:8 15:3,5
16:4
**thanks** 14:18
15:6,22
**thing** 6:25
**things** 6:3
**think** 10:4
12:16 14:12
**time** 1:15 5:1
6:18 7:1 10:4
11:6,12,23
12:17 14:3,13

Atkinson-Baker, A Veritext Company
(818) 551-7300                        www.veritext.com

**[time - zoom]**

| | | |
|---|---|---|
| 15:4 | **united**  1:1 | 15:8,10,17 |
| **title**  8:4 | **ups**  14:14 | 17:4 |
| **today**  5:6 14:1 | **use**  6:15 13:21 | **work**  9:3 |
| **told**  10:19 | **used**  14:4 | **worked**  9:4,8 |
| **town**  2:14 | **uses**  4:19 | 9:20,21 |
| **toxic**  10:9,15 | | **working**  7:22 |
| 10:17 | **v** | 8:16,25 12:9 |
| **trans**  15:21,22 | | 12:14 |
| 15:24 | **v**  1:7 | **written**  4:24 |
| **transcriber** | **verbal**  6:13,16 | |
| 18:1 | **verification**  8:2 | **x** |
| **transcript**  4:17 | 8:4,7 | |
| 15:19,20 18:3 | **verify**  8:8 | **x**  3:1,5 |
| 18:5 | **veritext**  4:4 | |
| **transcriptionist** | **videoconfere...** | **y** |
| 17:8 | 1:12 2:3,12,21 | |
| **trenton**  9:4,6,9 | 2:23 | **yeah**  14:17 |
| **true**  17:9 18:5 | **von**  2:22 5:8 | 15:24 |
| **truth**  5:18,18 | **vs**  4:7 | |
| 5:19 | | **z** |
| **try**  6:9 | **w** | |
| **tuesday**  1:14 | | **zinn**  2:20 5:7 |
| 4:9 | **want**  7:4 | **zoom**  4:9 6:5 |
| **two**  7:24 10:5 | **watch**  10:21 | |
| **typewriting** | **way**  6:7 12:18 | |
| 17:7 | **wear**  13:5,5 | |
| | **week**  9:20 | |
| **u** | **went**  6:4 12:20 | |
| | **wilcox**  18:2,15 | |
| **under**  4:20 | **willette**  1:13 | |
| **understand** | 4:7 5:10,10,16 | |
| 4:16 7:1 | 7:11 | |
| **understanding** | **william**  1:8 | |
| 14:1 | 2:10 4:8 | |
| **understood**  7:3 | **window**  12:8 | |
| **union**  9:22 | **witness**  4:12,15 | |
| | 4:16 5:11,13 | |
| | 5:17 11:8 15:5 | |

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.