# EXHIBIT D

Miller, Sheryl L
___

From: Souve, Geri
Sent: Friday, July 31, 2020 7:21 PM
To: Amato, Sara E; Angeles, Kristin M; Apker, Katie E; Berlinski, Pamela K; Bruce, Elaine M; Garza, Reina M; Gillenwater, Julie B; Helka, Mariah H; Karr, Beth L; Kolenda, Tammie Y; Krolczyk, Mary; LaBo, Renee; Landberg, Tina M; Miller, Mary E; Miller, Sheryl L; Osmulski, Jessica; Pritula, Katherine L; Reasey, Angela; Roberts, Mar; Thorn, Rachel N; Wyatt, Michelle
Follow Up Flag: Flag for follow up
Flag Status: Flagged

Ok Ladies--- The email from Rosanna was brought to me and several people are not happy. Im not because she blatantly ignored the union contract over and over. Now Ive talked to some that don't want me to file a grievance because they don't want to lose their vacations and they think that Rosanna may just retaliate and take away vacations for those with lower seniority. I don't want anyone to lose their vacations-God knows you all need them. However, I don't want this to go on with Rosanna doing whatever she wants.

So you tell me- and FYI, I can file a grievance "on behalf of the PAR staff" without names- do you want me to file a grievance or not???


Geri

1