EXHIBIT F

```
 1              IN THE UNITED STATES DISTRICT COURT FOR THE

 2                   EASTERN DISTRICT OF MICHIGAN

 3                         SOUTHERN DIVISION

 4      _____

 5      SHERYL MILLER,

 6              Plaintiff,

 7          v.                            Civil Action No.

 8      WILLIAM BEAUMONT HOSPITAL dba        3:21-cv-12259

 9      BEAUMONT HEALTH SYSTEM,

10              Defendant.

11      _____

12                   VIDEOCONFERENCE DEPOSITION OF

13                           RENEE LABO

14      DATE:           Tuesday, April 11, 2023

15      TIME:           1:10 p.m.

16      LOCATION:       Remote Proceeding

17                      2000 Town Center, Suite 1650

18                      Southfield, MI 48075

19      REPORTED BY:    Priscilla Gibbs, Notary Public

20      JOB NO.:        5866431

21

22

23

24

25

                                              Page 1
```

```
 1              A P P E A R A N C E S

 2   ON BEHALF OF PLAINTIFF SHERYL MILLER:

 3        AUSTEN J. SHEAROUSE, ESQUIRE (by videoconference)

 4        Carla D Aikens, P.L.C.

 5        615 Griswold, Suite 709

 6        Detroit, MI 48226

 7        austen@aikenslawfirm.com

 8        (469) 999-6577

 9

10   ON BEHALF OF DEFENDANT WILLIAM BEAUMONT HOSPITAL dba

11   BEAUMONT HEALTH SYSTEM:

12        ELYSE K. CULBERSON, ESQUIRE (by videoconference)

13        Jackson Lewis PC

14        2000 Town Center, Suite 1650

15        Southfield, MI 48075-1146

16        elyse.culberson@jacksonlewis.com

17        (248)936-1900

18

19   ALSO PRESENT:

20        Jennifer Zinn, In-House Counsel (by

21        videoconference)

22        Roseanna Von Linsowe, Corporate Representative

23        for Beaumont (by videoconference)

24

25
```

Page  2

April 11, 2023

```
 1                    I N D E X

 2    EXAMINATION:                            PAGE

 3         By Mr. Shearouse                    7

 4

 5                  E X H I B I T S

 6    NO.            DESCRIPTION              PAGE

 7                 (None marked.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page  3

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

```
 1                P R O C E E D I N G S

 2                THE REPORTER:  Good afternoon.  My name

 3      is Priscilla Gibbs; I am the reporter assigned by

 4      Veritext to take the record of this proceeding.  We

 5      are now on the record at 1:10 p.m.

 6                This is the deposition of Renee LaBo

 7      taken in the matter of Sheryl Miller vs. William

 8      Beaumont Hospital doing business as Beaumont Health

 9      System on Tuesday, April 11, 2023, via Zoom.

10                I am a notary authorized to take

11      acknowledgments and administer oaths in Michigan.

12      Parties agree that I will swear in the witness

13      remotely.  Someone just dropped off.

14                MS. LABO:  Yep.  I think it was me.

15      Sorry.

16                MS. CULBERSON:  Are you able to turn

17      your camera back on?

18                MS. LABO:  Okay.  Hold on.  I don't

19      know what happened.

20                MS. CULBERSON:  If your phone rings, I

21      know sometimes that will, like, make the Zoom

22      disappear.

23                MS. LABO:  Okay.  Hold on.

24                THE REPORTER:  All right.  I am a

25      notary authorized to take acknowledgments and
```

Page  4

1    administer oaths in Michigan.  Parties agree that I

2    will swear in the witness remotely.

3                    Additionally, absent an objection on

4    the record before the witness is sworn, all parties

5    and the witness understand and agree that any

6    certified transcript produced from the recording of

7    this proceeding:

8                         - is intended for all uses permitted

9                         under applicable procedural and

10                        evidentiary rules and laws in the same

11                        manner as a deposition recorded by

12                        stenographic means; and

13                        - shall constitute written stipulation

14                        of such.

15                   At this time will everyone in

16   attendance please identify yourself for the record.

17                   MR. SHEAROUSE:  Austen Shearouse on

18   behalf of the plaintiff, Sheryl Miller.

19                   MS. CULBERSON:  Elyse Culberson on

20   behalf of the defendant.  Here with me this afternoon,

21   is also Jennifer Zinn, in-house counsel for defendant,

22   as well as -- did we lose her?  Sorry.

23                   THE REPORTER:  Looks like she dropped

24   off again.

25                   MS. CULBERSON:  Okay.

Atkinson-Baker, A Veritext Company
(818) 551-7300          www.veritext.com

1                    THE REPORTER:  Okay.  I'm going to go

2      off the record until she returns.  Oh, it looks like

3      she's here.

4                    MS. LABO:  Okay.  Sorry, guys.

5                    MR. SHEAROUSE:  No worries.

6                    THE REPORTER:  Are we okay with her

7      camera off?

8                    MS. CULBERSON:  Yeah.  Renee, I don't

9      know if you can get back on camera.

10                    MS. LABO:  Is it the wrong way?

11                    MR. SHEAROUSE:  It is.

12                    MS. CULBERSON:  Now it's working.

13                    MS. LABO:  Okay.

14                    THE REPORTER:  All right.  At this

15     time, will everyone in attendance please identify

16     yourself for the record again.

17                    MR. SHEAROUSE:  Yep.  Austen Shearouse

18     on behalf of the plaintiff.

19                    MS. CULBERSON:  Elyse Culberson on

20     behalf of the defendant, along with Jennifer Zinn,

21     in-house counsel for defendant, as well as Roseanna

22     Von Linsowe, Defendants Corp Representative.

23                    MS. LABO:  Renee LaBo.

24                    THE REPORTER:  Thank you.  Hearing no

25     objections, I will now swear in the witness.  Please

1    raise your right hand.

2    WHEREUPON,

3                           RENEE LABO,

4    called as a witness, and having been first duly sworn

5    to tell the truth, the whole truth, and nothing but

6    the truth, was examined and testified as follows:

7                      THE REPORTER:  Thank you.

8                      EXAMINATION

9    BY MR. SHEAROUSE:

10        Q    Good afternoon.  As I said, my name is

11   Austen Shearouse, and I represent Sheryl Miller in

12   this matter.  Just a couple of quick things to go

13   over.  Have you ever had your deposition taken before?

14        A    No.

15        Q    So especially with it being Zoom, as the

16   court reporter said, give a couple of seconds after I

17   finish my question and I'm going to try to do the same

18   for your answer.  So that way it makes it easy for

19   them to record the entire record down accurately.

20             Along with that, make sure any response that

21   you give is verbal.  Sometimes we have a tendency to

22   nod our head, point, speak with our hands, but

23   obviously the court reporter can't take that kind of

24   stuff down.  So just make sure that any answer you

25   give to a question is verbal.

                                            Page  7

April 11, 2023

```
1              If you don't understand a question, I'm
2    happy to rephrase or restate the question.  But if you
3    respond and answer to a question, I'm going to assume
4    that you understood it.
5              If at any point in time you need a break,
6    I'm happy to do that.  All I ask is that if myself or
7    Elyse has posed a question to you on the record, we
8    answer that question before we take that break.  This
9    is not an endurance test, so if you need it for any
10   reason, please just let us know.
11             And if you don't know the answer to a
12   question, I don't want you to guess to something that
13   you can't attest to.  "I don't know" is a completely
14   acceptable answer.  So if you can't really remember
15   one way or the other, "I don't know" is completely
16   fine.  All right.  Can you state your full name for
17   the record, please?
18        A    Renee LaBo.
19        Q    And what is your date of birth?
20        A    I'm sorry?
21        Q    What is your date of birth?
22        A    Oh, April 23, 1972.
23        Q    And are you currently employed?
24        A    Yes.
25        Q    Where are you employed?
```

Page  8

```
 1          A     Beaumont Family Medicine in Newport,
 2    Michigan.
 3          Q     And what is your role at Beaumont in
 4    Newport?
 5          A     I'm sorry.  Say that again.
 6          Q     What is your role at that Beaumont office?
 7          A     I'm a business office assistant.  I work the
 8    front desk.
 9          Q     And have you always worked at that location
10    during your time at Beaumont?
11          A     No.
12          Q     What other locations have you worked at?
13          A     I used to work at the Trenton campus for
14    Beaumont.
15          Q     Do you know roughly what date you moved from
16    the Trenton location to the Newport location?
17          A     March of this year.
18          Q     Was there a particular reason for that move?
19          A     I just needed a change.
20          Q     Kind of mixing things up?
21          A     Yeah.  Well, no holidays, no weekends.
22          Q     So the schedule is a little bit better at
23    the Newport Family Medicine office?
24          A     Yes.
25          Q     Any other reasons for that move?
```

Page 9

April 11, 2023

```
 1        A     No.
 2        Q     And while you were working at the Trenton
 3   location, what was your role there?
 4        A     I worked in registration.
 5        Q     Was there a particular area of registration
 6   that you worked in?
 7        A     I did the ER.  I also did outpatient imaging
 8   and the Breast Care Center.
 9        Q     And when did you start in that role at the
10   Trenton location?
11        A     I believe it was 2013.  I hired in as a
12   contingent.
13        Q     And then at some point you became a fulltime
14   employee?
15        A     Yes, sir.
16        Q     And do you know roughly what time that
17   changed from contingent to fulltime occurred?
18        A     Oh, it was -- I can't say offhand.  I'll say
19   maybe two years.
20        Q     Two years.  So sometime maybe 2015, 2016?
21        A     Possibly, yes.
22        Q     Okay.  And so you mentioned that you worked
23   in the ER, radiology, outpatient, and the Breast Care
24   Center; is that correct?
25        A     Yes.
```

Page 10

1      Q     When did you start working at the Breast
2  Care Center?
3      A     I don't remember an exact date.  We all took
4  turns over there.
5      Q     Was it always a rotating schedule for those
6  who worked at the Breast Care Center?
7      A     I believe so.
8      Q     When the COVID pandemic really got into full
9  swing around March of 2020, was the Breast Care Center
10 still open?
11     A     That I don't know.  I wasn't over there at
12 that time.
13     Q     Okay.  Was there ever a point in time that
14 you only worked at the Breast Care Center?
15     A     Yes.  I was a regular over there for
16 registration.
17     Q     Do you know roughly what that date would
18 have been for you being the regular at that
19 registration area?
20     A     I do not.
21     Q     And prior to March of 2020, had you ever
22 done registration in the Breast Care Center?
23     A     Yes.  I had filled in over there time to
24 time.
25     Q     And prior to March of 2020, do you know if

                                            Page 11

1  there was anybody who regularly worked in the Breast

2  Care Center?

3      A    I do believe there was a co-worker of ours

4  that was there on a regular basis.

5      Q    Do you know their name?

6      A    Jan Robinson.

7      Q    And in March of 2020, there was an email

8  that went out concerning the use of N95 masks to the

9  PAR; is that correct?

10     A    I believe so, yes.

11     Q    Do you remember what the contents of that

12 email were?

13     A    I do not.

14     Q    If I said that the email said that the

15 Beaumont was reserving N95 masks for nurses and people

16 on the front lines, would that sound about right?

17     A    It may have.  I don't recall.

18     Q    Do you recall if there was any prohibition

19 on someone bringing their own personal N95 masks from

20 home?

21     A    I do not.

22     Q    Did you ever work with Sheryl Miller?

23     A    I did.

24     Q    And did you work with her prior to March of

25 2020?

Page 12

1      A     I believe so.  I don't know when Sheryl came

2      aboard.

3      Q     And if I told you that Sheryl was working in

4      the Breast Care Center doing registration in that area

5      primarily before the pandemic, would you have any

6      reason to disagree with that?

7      A     I don't, but I don't remember exact dates.

8      Q     Okay.

9      A     Sorry, guys.  My phone keeps cutting out.

10     Q     It's okay.  It happens.

11     A     I'm sorry.

12     Q     Things are outside your control.  I

13     understand.  So earlier we mentioned that you had kind

14     of filled in from time to time in the Breast Care

15     Center, but then there was a period of time that you

16     were regularly scheduled there; is that correct?

17     A     Yes.

18     Q     Did someone contact you about switching to a

19     more permanent role in the Breast Care Center?

20     A     No.  It's just how they put it down on the

21     schedule.

22     Q     So no one ever reached out and said, "Hey,

23     we're moving you over to the Breast Care Center for a

24     more permanent position"?

25     A     Not that I recall.  No.

                                        Page 13

1       Q      Okay.  No one ever gave you the choice of

2   being put in that position?

3       A      Not that I recall.

4       Q      And prior to that regular scheduling in the

5   Breast Care Center, you would only cover shifts in

6   there as needed?

7       A      Right.

8       Q      When you were being regularly scheduled in

9   the Breast Care Center, was there any change in your

10  ability to work in the other areas?

11      A      No.

12      Q      So there wasn't any health concerns that

13  required you to be in the Breast Care Center?

14      A      No.

15      Q      And I want to learn a little bit more about

16  what the -- so what would a typical day look like in

17  the Breast Care Center for your job responsibilities?

18      A      I would call the patient into the

19  registration little booth area, ask them their name,

20  their date of birth, confirm all of their personal

21  information, address, phone number, that type of

22  thing, verify their health insurance.  And then it

23  would print out their band that we would put on, their

24  identifier band.  It would print out labels that the

25  techs would use to -- whatever they used in the back.

                                           Page 14

```
 1    And that was pretty much it.
 2         Q    And did that differ from your time being
 3    regularly scheduled in the ER?
 4         A    No.  We verified the same.  It was the same
 5    verified patient information, address, phone number,
 6    insurance.
 7         Q    Is the layout of the areas the same as well?
 8         A    What do you mean?
 9         Q    Just because you said you would call
10    somebody into the area where you would verify them.
11    I'm trying to learn a little bit more about that
12    that's like and visualize it.
13         A    Oh, It's just, like, a small little, like, a
14    cubicle for like privacy purposes.  In the ER, when
15    you registered a patient once they were brought back
16    into the to the main ER, we would go into what we
17    would call "bedside" and go into their room in the ER
18    and verify their information that way.
19         Q    And was that still the process of
20    verification during the height of the COVID pandemic
21    between March of 2020 and July of 2020, roughly?
22         A    Not that I recall.  I know we verified --
23         Q    Would you say --
24         A    I don't --
25         Q    Oh, sorry.
```

Page 15

April 11, 2023

```
 1        A    No.  Go ahead.
 2        Q    Would you say you would see more patients in
 3   the Breast Care Center or the ER?
 4        A    Well, the Breast Care Center is -- it's a
 5   scheduled appointment.  And there's -- the Breast Care
 6   staff made their schedule, so I had no control over
 7   how many people they saw in a day, just like you don't
 8   have control over how many come into the ER.
 9        Q    Okay.  So if you had to pick one on average,
10   which of those two areas would be typically more busy
11   with patients?
12        A    If I had to choose as an outsider looking
13   in, I would say the ER is probably always busier than
14   a department because you can control the amount of
15   people that come into your department for an
16   appointment.
17        Q    And so the Breast Care Center is only by
18   scheduled appointment.  There isn't an ability for
19   someone to walk in?
20        A    It is -- correct.  It is not a walk in.  You
21   have to be scheduled for a mammogram or a breast
22   ultrasound or a biopsy or whatever they do back there,
23   yes.
24        Q    Okay.  And then obviously the ER can kind of
25   just flux with people walking in?
```

Page 16

```
 1        A     It's walking and ambulance traffic.
 2        Q     And once COVID was kind of in full swing --
 3   again, anytime I'm referring to kind of the height,
 4   I'm always referring to this time period between March
 5   of 2020 and July of 2020.  Did Beaumont start doing
 6   curbside check-ins as well?
 7        A     What do you mean by curbside check-in?
 8        Q     Was there any, like, registration going on
 9   curbside?  I'm just trying to kind of understand, I
10   guess, what the -- if there was any change in how
11   people were registered in the ER during COVID.
12        A     From what I recall, the nursing staff would
13   go out to the car that was in the line for the drive
14   through COVID.  They would bring us their
15   identification and health insurance card.  And then we
16   would input their information, print the band for the
17   patient and the labels for the nursing staff so that
18   they could proceed with whatever they were doing.
19        Q     Okay.  So the initial registration was being
20   done by via the nurses handing you the information and
21   then they would take the band to the patient?
22        A     From what I recall that -- we did that for a
23   short period, yes.
24        Q     Okay.  Do you recall the dates that was
25   going on?
```

Page 17

1        A    I do not.  I'm sorry.

2        Q    That is okay.  And then during your time

3    with Beaumont and after COVID, did the Breast Care

4    Center ever permanently close to your knowledge?

5        A    Not as far as I know, it never permanently

6    closed.

7        Q    Did you ever stop being regularly scheduled

8    in the Breast Care Center?

9        A    No.

10        Q    So you worked at the Breast Care Center all

11    the way through March of 2023?

12        A    Well, I worked over there and -- well, they

13    changed.  And they pulled registration out of the

14    Breast Care Center, and the staff from the Breast Care

15    Center now does their own registration.  So there is

16    no registration staff from my old department over

17    there registering patients.

18        Q    Understood.  So that switched over purely to

19    the Breast Care Center staff and no one from PAR goes

20    --

21        A    Right.

22        Q    Do you know roughly what year that happened?

23        A    I'll say within the last maybe year, year

24    and a half.

25        Q    Okay.  So mid of 2022, early 2022?

                                          Page 18

April 11, 2023

```
 1        A     Possibly.
 2        Q     Okay.  In the times that you worked with
 3   Sheryl Miller, did she ever bring up any complaints
 4   about how she would -- involving other coworkers or
 5   managers?
 6        A     Not to me, she never did.
 7        Q     Okay.  Did you ever witness any arguments
 8   between her and any coworkers or managers?
 9        A     No.
10              MR. SHEAROUSE:  All right.  I don't
11   think I have anything further this time.
12              MS. CULBERSON:  I have no questions.
13              MR. SHEAROUSE:  Okay.  Well, Renee, it
14   was a pleasure.  Thank you for your time.  We're not
15   going to keep you all day.  So thank you so much for
16   taking time out of your day to answer some questions
17   for us.
18              THE WITNESS:  Sure.  Thank you.
19              MR. SHEAROUSE:  Of course.
20              MS. CULBERSON:  Thanks, Renee.  Take
21   care.
22              THE REPORTER:  We're now off record at
23   1:33 p.m.
24              (Whereupon, at 1:33 p.m., the
25              proceeding was concluded.)
```

Page 19

```
 1              CERTIFICATE OF DEPOSITION OFFICER

 2              I, PRISCILLA GIBBS, the officer before whom

 3    the foregoing proceedings were taken, do hereby

 4    certify that any witness(es) in the foregoing

 5    proceedings, prior to testifying, were duly sworn;

 6    that the proceedings were recorded by me and

 7    thereafter reduced to typewriting by a qualified

 8    transcriptionist; that said digital audio recording of

 9    said proceedings are a true and accurate record to the

10    best of my knowledge, skills, and ability; that I am

11    neither counsel for, related to, nor employed by any

12    of the parties to the action in which this was taken;

13    and, further, that I am not a relative or employee of

14    any counsel or attorney employed by the parties

15    hereto, nor financially or otherwise interested in the

16    outcome of this action.

17                                       PRISCILLA GIBBS

18                              Notary Public in and for the

19                                       State of Michigan

20

21

22

23

24

25

                                              Page 20
```

```
1              CERTIFICATE OF TRANSCRIBER
2              I, ANDEE WILCOX, do hereby certify that this
3    transcript was prepared from the digital audio
4    recording of the foregoing proceeding, that said
5    transcript is a true and accurate record of the
6    proceedings to the best of my knowledge, skills, and
7    ability; that I am neither counsel for, related to,
8    nor employed by any of the parties to the action in
9    which this was taken; and, further, that I am not a
10   relative or employee of any counsel or attorney
11   employed by the parties hereto, nor financially or
12   otherwise interested in the outcome of this action.
13
14                                      Andee Wilcox
15                                      ANDEE WILCOX
16
17
18
19
20
21
22
23
24
25
```

Page 21

**[11 - break]**

| 1 |
|---|
| **11**   1:14 4:9 |
| **12259**   1:8 |
| **1650**   1:17 2:14 |
| **1972**   8:22 |
| **1:10**   1:15 4:5 |
| **1:33**   19:23,24 |

| 2 |
|---|
| **2000**   1:17 2:14 |
| **2013**   10:11 |
| **2015**   10:20 |
| **2016**   10:20 |
| **2020**   11:9,21,25 |
| 12:7,25 15:21 |
| 15:21 17:5,5 |
| **2022**   18:25,25 |
| **2023**   1:14 4:9 |
| 18:11 |
| **23**   8:22 |
| **248**   2:17 |
| **26869**   21:14 |
| **28731**   20:17 |

| 3 |
|---|
| **3:21**   1:8 |

| 4 |
|---|
| **469**   2:8 |
| **48075**   1:18 |
| **48075-1146** |
| 2:15 |
| **48226**   2:6 |

| 5 |
|---|
| **5866431**   1:20 |

| 6 |
|---|
| **615**   2:5 |

| 7 |
|---|
| **7**   3:3 |
| **709**   2:5 |

| 9 |
|---|
| **936-1900**   2:17 |
| **999-6577**   2:8 |

| a |
|---|
| **ability**   14:10 |
| 16:18 20:10 |
| 21:7 |
| **able**   4:16 |
| **aboard**   13:2 |
| **absent**   5:3 |
| **acceptable**   8:14 |
| **accurate**   20:9 |
| 21:5 |
| **accurately**   7:19 |
| **acknowledg...** |
| 4:11,25 |
| **action**   1:7 |
| 20:12,16 21:8 |
| 21:12 |
| **additionally** |
| 5:3 |
| **address**   14:21 |
| 15:5 |
| **administer** |
| 4:11 5:1 |
| **afternoon**   4:2 |
| 5:20 7:10 |
| **agree**   4:12 5:1 |
| 5:5 |

**ahead**   16:1
**aikens**   2:4
**aikenslawfir...**
  2:7
**ambulance**
  17:1
**amount**   16:14
**andee**   21:2,15
**answer**   7:18,24
  8:3,8,11,14
  19:16
**anybody**   12:1
**anytime**   17:3
**applicable**   5:9
**appointment**
  16:5,16,18
**april**   1:14 4:9
  8:22
**area**   10:5 11:19
  13:4 14:19
  15:10
**areas**   14:10
  15:7 16:10
**arguments**
  19:7
**assigned**   4:3
**assistant**   9:7
**assume**   8:3
**attendance**
  5:16 6:15
**attest**   8:13
**attorney**   20:14
  21:10
**audio**   20:8 21:3

**austen**   2:3,7
  5:17 6:17 7:11
**authorized**
  4:10,25
**average**   16:9

| b |
|---|
| **b**   3:5 |
| **back**   4:17 6:9 |
| 14:25 15:15 |
| 16:22 |
| **band**   14:23,24 |
| 17:16,21 |
| **basis**   12:4 |
| **beaumont**   1:8,9 |
| 2:10,11,23 4:8 |
| 4:8 9:1,3,6,10 |
| 9:14 12:15 |
| 17:5 18:3 |
| **bedside**   15:17 |
| **behalf**   2:2,10 |
| 5:18,20 6:18 |
| 6:20 |
| **believe**   10:11 |
| 11:7 12:3,10 |
| 13:1 |
| **best**   20:10 21:6 |
| **better**   9:22 |
| **biopsy**   16:22 |
| **birth**   8:19,21 |
| 14:20 |
| **bit**   9:22 14:15 |
| 15:11 |
| **booth**   14:19 |
| **break**   8:5,8 |

**[breast - doing]**

**breast** 10:8,23
 11:1,6,9,14,22
 12:1 13:4,14
 13:19,23 14:5
 14:9,13,17
 16:3,4,5,17,21
 18:3,8,10,14,14
 18:19
**bring** 17:14
 19:3
**bringing** 12:19
**brought** 15:15
**busier** 16:13
**business** 4:8
 9:7
**busy** 16:10

**c**

**c** 2:1 4:1
**call** 14:18 15:9
 15:17
**called** 7:4
**camera** 4:17
 6:7,9
**campus** 9:13
**car** 17:13
**card** 17:15
**care** 10:8,23
 11:2,6,9,14,22
 12:2 13:4,14
 13:19,23 14:5
 14:9,13,17
 16:3,4,5,17
 18:3,8,10,14,14
 18:19 19:21

**carla** 2:4
**center** 1:17
 2:14 10:8,24
 11:2,6,9,14,22
 12:2 13:4,15
 13:19,23 14:5
 14:9,13,17
 16:3,4,17 18:4
 18:8,10,14,15
 18:19
**certificate** 20:1
 21:1
**certified** 5:6
**certify** 20:4
 21:2
**change** 9:19
 14:9 17:10
**changed** 10:17
 18:13
**check** 17:6,7
**choice** 14:1
**choose** 16:12
**civil** 1:7
**close** 18:4
**closed** 18:6
**come** 16:8,15
**complaints**
 19:3
**completely**
 8:13,15
**concerning**
 12:8
**concerns** 14:12
**concluded**
 19:25

**confirm** 14:20
**constitute** 5:13
**contact** 13:18
**contents** 12:11
**contingent**
 10:12,17
**control** 13:12
 16:6,8,14
**corp** 6:22
**corporate** 2:22
**correct** 10:24
 12:9 13:16
 16:20
**counsel** 2:20
 5:21 6:21
 20:11,14 21:7
 21:10
**couple** 7:12,16
**course** 19:19
**court** 1:1 7:16
 7:23
**cover** 14:5
**covid** 11:8
 15:20 17:2,11
 17:14 18:3
**coworkers** 19:4
 19:8
**cubicle** 15:14
**culberson** 2:12
 4:16,20 5:19
 5:19,25 6:8,12
 6:19,19 19:12
 19:20
**curbside** 17:6,7
 17:9

**currently** 8:23
**cutting** 13:9
**cv** 1:8

**d**

**d** 2:4 3:1 4:1
**date** 1:14 8:19
 8:21 9:15 11:3
 11:17 14:20
**dates** 13:7
 17:24
**day** 14:16 16:7
 19:15,16
**dba** 1:8 2:10
**defendant** 1:10
 2:10 5:20,21
 6:20,21
**defendants**
 6:22
**department**
 16:14,15 18:16
**deposition** 1:12
 4:6 5:11 7:13
 20:1
**description** 3:6
**desk** 9:8
**detroit** 2:6
**differ** 15:2
**digital** 20:8
 21:3
**disagree** 13:6
**disappear** 4:22
**district** 1:1,2
**division** 1:3
**doing** 4:8 13:4
 17:5,18

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

R. Conrad, M.D.
April 11, 2023

**[drive - july]**

**drive**  17:13
**dropped**  4:13
  5:23
**duly**  7:4 20:5

**e**

**e**  2:1,1 3:1,5 4:1
  4:1
**earlier**  13:13
**early**  18:25
**eastern**  1:2
**easy**  7:18
**elyse**  2:12 5:19
  6:19 8:7
**elyse.culberson**
  2:16
**email**  12:7,12
  12:14
**employed**  8:23
  8:25 20:11,14
  21:8,11
**employee**  10:14
  20:13 21:10
**endurance**  8:9
**entire**  7:19
**er**  10:7,23 15:3
  15:14,16,17
  16:3,8,13,24
  17:11
**es**  20:4
**especially**  7:15
**esquire**  2:3,12
**evidentiary**
  5:10
**exact**  11:3 13:7

**examination**
  3:2 7:8
**examined**  7:6

**f**

**family**  9:1,23
**far**  18:5
**filled**  11:23
  13:14
**financially**
  20:15 21:11
**fine**  8:16
**finish**  7:17
**first**  7:4
**flux**  16:25
**follows**  7:6
**foregoing**  20:3
  20:4 21:4
**front**  9:8 12:16
**full**  8:16 11:8
  17:2
**fulltime**  10:13
  10:17
**further**  19:11
  20:13 21:9

**g**

**g**  4:1
**gibbs**  1:19 4:3
  20:2,17
**give**  7:16,21,25
**go**  6:1 7:12
  15:16,17 16:1
  17:13
**goes**  18:19

**going**  6:1 7:17
  8:3 17:8,25
  19:15
**good**  4:2 7:10
**griswold**  2:5
**guess**  8:12
  17:10
**guys**  6:4 13:9

**h**

**h**  3:5
**half**  18:24
**hand**  7:1
**handing**  17:20
**hands**  7:22
**happened**  4:19
  18:22
**happens**  13:10
**happy**  8:2,6
**head**  7:22
**health**  1:9 2:11
  4:8 14:12,22
  17:15
**hearing**  6:24
**height**  15:20
  17:3
**hereto**  20:15
  21:11
**hey**  13:22
**hired**  10:11
**hold**  4:18,23
**holidays**  9:21
**home**  12:20
**hospital**  1:8
  2:10 4:8

**house**  2:20 5:21
  6:21

**i**

**identification**
  17:15
**identifier**  14:24
**identify**  5:16
  6:15
**imaging**  10:7
**information**
  14:21 15:5,18
  17:16,20
**initial**  17:19
**input**  17:16
**ins**  17:6
**insurance**
  14:22 15:6
  17:15
**intended**  5:8
**interested**
  20:15 21:12
**involving**  19:4

**j**

**j**  2:3
**jackson**  2:13
**jacksonlewis....**
  2:16
**jan**  12:6
**jennifer**  2:20
  5:21 6:20
**job**  1:20 14:17
**july**  15:21 17:5

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**[k - p.l.c.]**

**k**

**k** 2:12
**keep** 19:15
**keeps** 13:9
**kind** 7:23 9:20
  13:13 16:24
  17:2,3,9
**know** 4:19,21
  6:9 8:10,11,13
  8:15 9:15
  10:16 11:11,17
  11:25 12:5
  13:1 15:22
  18:5,22
**knowledge**
  18:4 20:10
  21:6

**l**

**labels** 14:24
  17:17
**labo** 1:13 4:6
  4:14,18,23 6:4
  6:10,13,23,23
  7:3 8:18
**laws** 5:10
**layout** 15:7
**learn** 14:15
  15:11
**lewis** 2:13
**line** 17:13
**lines** 12:16
**linsowe** 2:22
  6:22
**little** 9:22 14:15
  14:19 15:11,13

**location** 1:16
  9:9,16,16 10:3
  10:10
**locations** 9:12
**look** 14:16
**looking** 16:12
**looks** 5:23 6:2
**lose** 5:22

**m**

**made** 16:6
**main** 15:16
**make** 4:21 7:20
  7:24
**makes** 7:18
**mammogram**
  16:21
**managers** 19:5
  19:8
**manner** 5:11
**march** 9:17
  11:9,21,25
  12:7,24 15:21
  17:4 18:11
**marked** 3:7
**masks** 12:8,15
  12:19
**matter** 4:7 7:12
**mean** 15:8 17:7
**means** 5:12
**medicine** 9:1
  9:23
**mentioned**
  10:22 13:13
**mi** 1:18 2:6,15

**michigan** 1:2
  4:11 5:1 9:2
  20:19
**mid** 18:25
**miller** 1:5 2:2
  4:7 5:18 7:11
  12:22 19:3
**mixing** 9:20
**move** 9:18,25
**moved** 9:15
**moving** 13:23

**n**

**n** 2:1 3:1 4:1
**n95** 12:8,15,19
**name** 4:2 7:10
  8:16 12:5
  14:19
**need** 8:5,9
**needed** 9:19
  14:6
**neither** 20:11
  21:7
**never** 18:5 19:6
**newport** 9:1,4
  9:16,23
**nod** 7:22
**notary** 1:19
  4:10,25 20:18
**number** 14:21
  15:5
**nurses** 12:15
  17:20
**nursing** 17:12
  17:17

**o**

**o** 4:1
**oaths** 4:11 5:1
**objection** 5:3
**objections** 6:25
**obviously** 7:23
  16:24
**occurred** 10:17
**offhand** 10:18
**office** 9:6,7,23
**officer** 20:1,2
**oh** 6:2 8:22
  10:18 15:13,25
**okay** 4:18,23
  5:25 6:1,4,6,13
  10:22 11:13
  13:8,10 14:1
  16:9,24 17:19
  17:24 18:2,25
  19:2,7,13
**old** 18:16
**once** 15:15 17:2
**open** 11:10
**outcome** 20:16
  21:12
**outpatient** 10:7
  10:23
**outside** 13:12
**outsider** 16:12
**own** 12:19
  18:15

**p**

**p** 2:1,1 4:1
**p.l.c.** 2:4

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

**[p.m. - renee]**

| | | | |
|---|---|---|---|
| **p.m.** 1:15 4:5 19:23,24 | **please** 5:16 6:15,25 8:10 8:17 | **public** 1:19 20:18 | **recorded** 5:11 20:6 |
| **page** 3:2,6 | **pleasure** 19:14 | **pulled** 18:13 | **recording** 5:6 20:8 21:4 |
| **pandemic** 11:8 13:5 15:20 | **point** 7:22 8:5 10:13 11:13 | **purely** 18:18 | **reduced** 20:7 |
| **par** 12:9 18:19 | **posed** 8:7 | **purposes** 15:14 | **referring** 17:3 17:4 |
| **particular** 9:18 10:5 | **position** 13:24 14:2 | **put** 13:20 14:2 14:23 | **registered** 15:15 17:11 |
| **parties** 4:12 5:1 5:4 20:12,14 21:8,11 | **possibly** 10:21 19:1 | **q** | **registering** 18:17 |
| **patient** 14:18 15:5,15 17:17 17:21 | **prepared** 21:3 | **qualified** 20:7 | **registration** 10:4,5 11:16 11:19,22 13:4 14:19 17:8,19 18:13,15,16 |
| **patients** 16:2 16:11 18:17 | **present** 2:19 | **question** 7:17 7:25 8:1,2,3,7,8 8:12 | |
| **pc** 2:13 | **pretty** 15:1 | **questions** 19:12 19:16 | |
| **people** 12:15 16:7,15,25 17:11 | **primarily** 13:5 | **quick** 7:12 | **regular** 11:15 11:18 12:4 14:4 |
| **period** 13:15 17:4,23 | **print** 14:23,24 17:16 | **r** | **regularly** 12:1 13:16 14:8 15:3 18:7 |
| **permanent** 13:19,24 | **prior** 11:21,25 12:24 14:4 20:5 | **r** 2:1 4:1 | **related** 20:11 21:7 |
| **permanently** 18:4,5 | **priscilla** 1:19 4:3 20:2,17 | **radiology** 10:23 | **relative** 20:13 21:10 |
| **permitted** 5:8 | **privacy** 15:14 | **raise** 7:1 | **remember** 8:14 11:3 12:11 13:7 |
| **personal** 12:19 14:20 | **probably** 16:13 | **reached** 13:22 | |
| **phone** 4:20 13:9 14:21 15:5 | **procedural** 5:9 | **really** 8:14 11:8 | **remote** 1:16 |
| **pick** 16:9 | **proceed** 17:18 | **reason** 8:10 9:18 13:6 | **remotely** 4:13 5:2 |
| **plaintiff** 1:6 2:2 5:18 6:18 | **proceeding** 1:16 4:4 5:7 19:25 21:4 | **reasons** 9:25 | **renee** 1:13 4:6 6:8,23 7:3 8:18 19:13,20 |
| | **proceedings** 20:3,5,6,9 21:6 | **recall** 12:17,18 13:25 14:3 15:22 17:12,22 17:24 | |
| | **process** 15:19 | | |
| | **produced** 5:6 | **record** 4:4,5 5:4,16 6:2,16 7:19,19 8:7,17 19:22 20:9 21:5 | |
| | **prohibition** 12:18 | | |

Atkinson-Baker, A Veritext Company
(818) 551-7300                    www.veritext.com

**[rephrase - transcriber]**

| | **s** | | **t** |
|---|---|---|---|
| rephrase  8:2 | | 13:9,11 15:25 | |
| reported  1:19 | s  2:1 3:5 4:1 | 18:1 | t  3:5 |
| reporter  4:2,3 | saw  16:7 | sound  12:16 | take  4:4,10,25 |
| 4:24 5:23 6:1,6 | schedule  9:22 | southern  1:3 | 7:23 8:8 17:21 |
| 6:14,24 7:7,16 | 11:5 13:21 | southfield  1:18 | 19:20 |
| 7:23 19:22 | 16:6 | 2:15 | taken  4:7 7:13 |
| represent  7:11 | scheduled | speak  7:22 | 20:3,12 21:9 |
| representative | 13:16 14:8 | staff  16:6 17:12 | techs  14:25 |
| 2:22 6:22 | 15:3 16:5,18 | 17:17 18:14,16 | tell  7:5 |
| required  14:13 | 16:21 18:7 | 18:19 | tendency  7:21 |
| reserving  12:15 | scheduling | start  10:9 11:1 | test  8:9 |
| respond  8:3 | 14:4 | 17:5 | testified  7:6 |
| response  7:20 | seconds  7:16 | state  8:16 | testifying  20:5 |
| responsibilities | see  16:2 | 20:19 | thank  6:24 7:7 |
| 14:17 | shearouse  2:3 | states  1:1 | 19:14,15,18 |
| restate  8:2 | 3:3 5:17,17 6:5 | stenographic | thanks  19:20 |
| returns  6:2 | 6:11,17,17 7:9 | 5:12 | thing  14:22 |
| right  4:24 6:14 | 7:11 19:10,13 | stipulation | things  7:12 |
| 7:1 8:16 12:16 | 19:19 | 5:13 | 9:20 13:12 |
| 14:7 18:21 | sheryl  1:5 2:2 | stop  18:7 | think  4:14 |
| 19:10 | 4:7 5:18 7:11 | stuff  7:24 | 19:11 |
| rings  4:20 | 12:22 13:1,3 | suite  1:17 2:5 | time  1:15 5:15 |
| robinson  12:6 | 19:3 | 2:14 | 6:15 8:5 9:10 |
| role  9:3,6 10:3 | shifts  14:5 | sure  7:20,24 | 10:16 11:12,13 |
| 10:9 13:19 | short  17:23 | 19:18 | 11:23,24 13:14 |
| room  15:17 | signature  20:17 | swear  4:12 5:2 | 13:14,15 15:2 |
| roseanna  2:22 | 21:14 | 6:25 | 17:4 18:2 |
| 6:21 | sir  10:15 | swing  11:9 17:2 | 19:11,14,16 |
| rotating  11:5 | skills  20:10 | switched  18:18 | times  19:2 |
| roughly  9:15 | 21:6 | switching | told  13:3 |
| 10:16 11:17 | small  15:13 | 13:18 | took  11:3 |
| 15:21 18:22 | somebody | sworn  5:4 7:4 | town  1:17 2:14 |
| rules  5:10 | 15:10 | 20:5 | traffic  17:1 |
| | sorry  4:15 5:22 | system  1:9 2:11 | transcriber |
| | 6:4 8:20 9:5 | 4:9 | 21:1 |

Atkinson-Baker, A Veritext Company
(818) 551-7300                                    www.veritext.com

[transcript - zoom]

**transcript** 5:6
  21:3,5
**transcriptionist**
  20:8
**trenton** 9:13,16
  10:2,10
**true** 20:9 21:5
**truth** 7:5,5,6
**try** 7:17
**trying** 15:11
  17:9
**tuesday** 1:14
  4:9
**turn** 4:16
**turns** 11:4
**two** 10:19,20
  16:10
**type** 14:21
**typewriting**
  20:7
**typical** 14:16
**typically** 16:10

**u**

**ultrasound**
  16:22
**under** 5:9
**understand** 5:5
  8:1 13:13 17:9
**understood** 8:4
  18:18
**united** 1:1
**use** 12:8 14:25
**used** 9:13 14:25
**uses** 5:8

**v**

**v** 1:7
**verbal** 7:21,25
**verification**
  15:20
**verified** 15:4,5
  15:22
**verify** 14:22
  15:10,18
**veritext** 4:4
**videoconfere...**
  1:12 2:3,12,21
  2:23
**visualize** 15:12
**von** 2:22 6:22
**vs** 4:7

**w**

**walk** 16:19,20
**walking** 16:25
  17:1
**want** 8:12
  14:15
**way** 6:10 7:18
  8:15 15:18
  18:11
**weekends** 9:21
**went** 12:8
**wilcox** 21:2,15
**william** 1:8
  2:10 4:7
**witness** 4:12
  5:2,4,5 6:25
  7:4 19:7,18
  20:4

**work** 9:7,13
  12:22,24 14:10
**worked** 9:9,12
  10:4,6,22 11:6
  11:14 12:1
  18:10,12 19:2
**worker** 12:3
**working** 6:12
  10:2 11:1 13:3
**worries** 6:5
**written** 5:13
**wrong** 6:10

**x**

**x** 3:1,5

**y**

**yeah** 6:8 9:21
**year** 9:17 18:22
  18:23,23
**years** 10:19,20
**yep** 4:14 6:17

**z**

**zinn** 2:20 5:21
  6:20
**zoom** 4:9,21
  7:15

Atkinson-Baker, A Veritext Company
(818) 551-7300                        www.veritext.com

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.