# **EXHIBIT 31**

✓

# Oakwood
## CORRECTIVE ACTION FORM

RECEIVED APR 2 6 2018

| EMPLOYEE INFORMATION | | | |
|---|---|---|---|
| Employee ID | 244850 | | |
| Last Name: Miller | | First Name: Sheryl | Initial: |
| Job Title: Patient Access Specialist | | | |
| Department: Patient Access Specialist | | | |
| Location: Taylor | Check One: ✓ Full-Time, ☐ Part-Time, ☐ Temporary (contingent) | | Bargaining Position: ✓ Yes ☐ No |
| Hire Date: 6/5/2017 | | | |

**INCIDENT INFORMATION**

| Date Reported | 4/20/18 & 4/25/18 | Incident Type | 012 | See back of this form for Incident Type Codes. |
|---|---|---|---|---|

Supervisor Name: Laura Tanner

**ACTION TAKEN**

Action Step:
- ☐ Counseling
- ✓ Written Warning #1  (circled, initialed TW)
- ☐ Written Warning #2
- ☐ 3 Day or 5 Day Suspension - (List Dates): _____
- ☐ Termination - (Note Termination Date): _____
  (Termination must have approval of ER/LR Leader.)

| Action Date | 4/25/2018 | Action Discussed With (Supervisor) | Wrong patient registered twice within 7 days |
|---|---|---|---|

| Description of Incident | See Below | Date of Incident | 4/19/18 & 4/24/18 |
|---|---|---|---|

1. Sheryl admitted wrong patient **Pt101** on 4/19/18 instead of correct patient **Pt102**. 2. Sheryl admitted incorrect patient **Pt103** on 4/24/18 instead of correct patient **Pt104**. Sheryl had all of the correct patient demographics in front of her for both patients but still admitted the incorrect patient.

| Supervisor/Manager Signature: *Tanner* | Date: 4-25-18 |
|---|---|
| Director Signature: | Date: |
| ER/LR Director Signature: *Karen Litfoli* | Date: 4-25-18 |

**EMPLOYEE COMMENTS**

Declined union rep.

Signature of Employee: X *Sheryl Miller*    Date: 4/25/18

Employee signature does not indicate agreement, merely receipt of this report.

| Witness Signature | Date |
|---|---|
| Steward Signature (if applicable) | Date |