# EXHIBIT 7

# Beaumont

Beaumont Health Shared Services
26935 Northwestern Hwy
Southfield, MI 48033

April 30, 2019

Sheryl Miller
14620 Syracuse
Taylor, MI 48180

Dear Sheryl:

☒ This is to notify you that your leave has been approved under FMLA Policy
☐ This is to notify you that your leave has been denied due to:

Please see below for leave outline:

| | |
|---|---|
| **Reason:** | Asthma |
| **Relationship:** | Self |
| **Leave Approved As:** | Intermittent |
| **Certification Period:** | 4/29/2019 – 4/29/2020 |
| **Frequency & Duration** | 2-3 times a month 1 day per episode |

**Intermittent Only**

At the expiration of this certification you will need to re-certify to continue to have this condition qualified under intermittent FMLA. Each time you are absent during the approved FMLA, you will need to call in to your department and state in a reasonable time frame, "I'm calling FMLA due to (state your condition)".

**\*\*PTO MUST BE USED FOR ANY UPAID PORTION OF YOUR LEAVE\*\***

If you have any questions or concerns, please contact me for assistance.

Sincerely,

Monica Holbrook
Leave Management Specialist
P: ███████
F: 947-522-1554

Beaumont (Miller) A000319