UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERYL MILLER,

    Plaintiff,

v.

WILLIAM BEAUMONT HOSPITAL,
d/b/a BEAUMONT HEALTH SYSTEM,

    Defendant.
_____/

Case No. 21-12259

Hon. George Caram Steeh

## JUDGMENT

In accordance with the court's order granting Defendant's motion for summary judgment, entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of Defendant.

                KINIKIA ESSIX
                CLERK OF THE COURT

            By:   Michael Lang
APPROVED:            Deputy Clerk

s/George Caram Steeh
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: October 11, 2023

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 11, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk