UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHERYL MILLER,

      Plaintiff,

  v.

WILLIAM BEAUMONT HOSPITAL,
d/b/a BEAUMONT HEALTH SYSTEM,

      Defendant.
_____/

Case No. 21-12259

Hon. George Caram Steeh

ORDER DENYING MOTION
FOR RECONSIDERATION (ECF NO. 45)

On October 11, 2023, the court issued an opinion and order granting Defendant's motion for summary judgment, and entered judgment in favor of Defendant. On November 8, 2023, Plaintiff filed a motion for reconsideration pursuant to Local Rule 7.1(h). Recently amended, this rule provides that "[p]arties seeking reconsideration of final orders or judgments must file a motion under Federal Rule of Civil Procedure 59(e) or 60(b). The court will not grant reconsideration of such an order or judgment under this rule." LR 7.1(h)(1). Plaintiff's motion is not brought pursuant to Rules 59(e) or 60(b) and does not explain how she is entitled to relief from a final order under either rule.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for reconsideration is DENIED.

Dated: December 15, 2023

                                      s/George Caram Steeh
                                      HON. GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 15, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk