**Form 1B**

**Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court**

United States District Court for the Eastern
District of Michigan
Docket Number 21-cv-12259

Sheryl Miller

          , Plaintiff

v.                                      Notice of Appeal

William Beaumont Hospital

          , Defendant

Sheryl Miller (name all parties taking the appeal)* appeal to the United States Court of Appeals for the 6th Circuit from the order Plaintiff's MFR (describe the order) entered on 12/15/23 (state the date the order was entered).

                          (s) Carla D. Aikens
                               *Attorney for* Sheryl Miller
                                    *Address*: 615 Griswold St., Suite 709, Detroit, MI 48226

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.